PROB 22
(02/11)

FILED by CF D.C.
ELECTRONIC
MAR 29, 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# TRANSFER OF JURISDICTION
## 13-20034-TP-COOKE/TURNOFF

DOCKET NUMBER (Tran. Court)
0205 3:11CR00076-001

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Juan Carlos Guillen Zerpa<br><br>Miami, FL | CONNECTICUT | Bridgeport |

| | NAME OF SENTENCING JUDGE |  |
|---|---|---|
| | Honorable Stefan R. Underhill | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>1/24/2013 | TO<br>1/23/2015 |

**OFFENSE**
TAMPERING WITH WITNESS - VICTIM - OR AN INFORMANT.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE             DISTRICT OF CONNECTICUT

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/4/13
_Date_

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/8/13
_Date_

_United States District Judge_

11cr76 jgnat
1-10-12

AO245b (USDC-CT Rev. 9/07)

Page 1

UNITED STATES DISTRICT COURT
District of Connecticut

**FILED**

UNITED STATES OF AMERICA

v.

JUAN CARLOS GUILLEN ZERPA

**JUDGMENT IN A CRIMINAL CASE**

2012 JAN 10 P 3:48

CASE NO. *3:11cr76 (SRU)*
USM NO: *95028-004*

U.S. DISTRICT COURT
BRIDGEPORT, CONN

*Richard Schechter*
Assistant United States Attorney

*Robert Targ*
Defendant's Attorney

2012 JAN 11 P 2:21 NEW HAVEN PROBATION OFFICE

**THE DEFENDANT:** pled guilty to count <u>one</u> of an Information.

Accordingly the defendant is adjudicated guilty of the following offense:

| <u>Title & Section</u> | <u>Nature of Offense</u> | <u>Offense Concluded</u> | <u>Count(s)</u> |
|---|---|---|---|
| 18:1512(k) | Conspiracy to Obstruct an Official Proceeding | March 3, 2011 | one |

The following sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of **14 months**. The sentence of imprisonment is a non-Guidelines sentence reflecting a number of factors. The conduct underlying this offense represented an unusual departure from an otherwise law-abiding and exemplary life. Although the defendant initially sought to conceal the offense, he later worked closely with the Securities and Exchange Commission as that entity sought to unravel the fraud. The defendant has shown genuine remorse for this conduct and has made extraordinary restitution. The sentence of imprisonment is sufficient, but not greater than necessary, to serve the purposes of sentencing, in part because other aspects of the sentence provide sufficient punishment and deterrent effect, including the time spent on home confinement, the forfeiture order, the fine, and the likely immigration consequences of the conviction.

**SUPERVISED RELEASE**

Upon release from imprisonment, the defendant shall be on supervised release for a total term of **24 months**. The Mandatory and Standard Conditions of Supervised Release as attached, are imposed. In addition, the following Special Conditions are imposed:
    1. If deported, the defendant shall not reenter the United States without written permission from the Secretary of the Department of Homeland Security.
    2. The defendant shall not possess a firearm, destructive device or other dangerous weapon.

**CRIMINAL MONETARY PENALTIES**

The defendant must pay the total criminal monetary penalties under the schedule of payments as follows:

**Special Assessment:**     $100.00 to be paid immediately
**Fine:**     $10,000.00 to be paid immediately

Page 2

It is further ordered that the defendant will notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs and special assessments imposed by this judgment, are paid.

### JUDICIAL RECOMMENDATION(S) TO THE BUREAU OF PRISONS

Defendant be assigned to a Camp or other low-security facility close to Miami, Florida.

**The Defendant Shall Surrender at the Institution Designated by the Bureau of Prisons before 2 p.m. February 29, 2012.**

December 14, 2011
Date of Imposition of Sentence

Stefan R. Underhill
United States District Judge
Date: January 10, 2012

### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____, with a certified copy of this judgment.

Joseph P. Faughnan
United States Marshal

By _____
Deputy Marshal

**CERTIFIED AS A TRUE COPY**
**ON THIS DATE** 1/10/12
**ROBERTA D. TABORA, Clerk**
**BY:** [signature]
**Deputy Clerk**

# CONDITIONS OF SUPERVISED RELEASE

In addition to the Standard Conditions listed below, the following indicated (■) Mandatory Conditions are imposed:

## MANDATORY CONDITIONS

■ (1) The defendant shall not commit another federal, state or local offense;

■ (2) The defendant shall not unlawfully possess a controlled substance;

☐ (3) The defendant who is convicted for a domestic violence crime as defined in 18 U.S.C. section 3561(b) for the first time shall attend a public, private, or private non-profit offender rehabilitation program that has been approved by the court, in consultation with a State Coalition Against Domestic Violence or other appropriate experts, if an approved program is available within a 50-mile radius of the legal residence of the defendant;

☐ (4) The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance;

☐ (5) If a fine is imposed and has not been paid upon release to supervised release, the defendant shall adhere to an installment schedule to pay that fine;

■ (6) The defendant shall (A) make restitution in accordance with 18 U.S.C. sections 2248, 2259, 2264, 2327, 3663, 3663A, and 3664; and (B) pay the assessment imposed in accordance with 18 U.S.C. section 3013;

☐ (7) (A) In a state in which the requirements of the Sex Offender Registration and Notification Act (see 42 U.S.C. §§ 16911 and 16913) do not apply, a defendant convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4) (Pub. L. 105-119, § 115(a)(8), Nov. 26, 1997) shall report the address where the defendant will reside and any subsequent change of residence to the probation officer responsible for supervision, and shall register as a sex offender in any State where the person resides, is employed, carries on a vocation, or is a student; or

(B) In a state in which the requirements of Sex Offender Registration and Notification Act apply, a sex offender shall (i) register, and keep such registration current, where the offender resides, where the offender is an employee, and where the offender is a student, and for the initial registration, a sex offender also shall register in the jurisdiction in which convicted if such jurisdiction is different from the jurisdiction of residence; (ii) provide information required by 42 U.S.C. § 16914; and (iii) keep such registration current for the full registration period as set forth in 42 U.S.C. § 16915;

■ (8) The defendant shall cooperate in the collection of a DNA sample from the defendant.

While on supervised release, the defendant shall also comply with all of the following Standard Conditions:

## STANDARD CONDITIONS

(1) The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer;
(2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
(3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
(4) The defendant shall support the defendant's dependents and meet other family responsibilities (including, but not limited to, complying with the terms of any court order or administrative process pursuant to the law of a state, the District of Columbia, or any other possession or territory of the United States requiring payments by the defendant for the support and maintenance of any child or of a child and the parent with whom the child is living);
(5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
(6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment, or if such prior notification is not possible, then within five days after such change;
(7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician;
(8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the court;
(9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
(10) The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
(11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
(12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
(13) The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment;
(14) The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

The defendant shall report to the Probation Office in the district to which the defendant is released within 72 hours of release from the custody of the U.S. Bureau of Prisons. Upon a finding of a violation of supervised release, I understand that the court may (1) revoke supervision <u>and impose a term of imprisonment,</u> (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____     _____
         **Defendant**                              **Date**


         _____     _____
         **U.S. Probation Officer/Designated Witness**     **Date**

AO 455 (Rev. 9/98) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF CONNECTICUT

FILED
2011 MAY -4  P 4: 25
DISTRICT COURT
BRIDGEPORT, CT

United States of America

v.

JUAN CARLOS GUILLEN ZERPA

**WAIVER OF INDICTMENT**

DOCKET NUMBER: 3:11CR76 (SRU)

I, JUAN CARLOS GUILLEN ZERPA, the above-named defendant, who is accused in Count One of conspiracy to obstruct an official proceeding in violation of 18 U.S.C. § 1512(k), being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on May 4, 2011, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
JUAN CARLOS GUILLEN ZERPA
Defendant

_____
ROBERT I. TARG, ESQ.
Counsel for Defendant

Before   /s/ Stefan R. Underhill, USDJ
_____
Stefan R. Underhill
United States District Court Judge

## U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:11-cr-00076-SRU-1

| | |
|---|---|
| Case title: USA v. Zerpa | Date Filed: 05/04/2011 |
| Magistrate judge case number: 3:11-mj-00039-WIG | Date Terminated: 01/10/2012 |

Assigned to: Judge Stefan R. Underhill

**Defendant (1)**

| | | |
|---|---|---|
| **Juan Carlos Guillen Zerpa**<br>*TERMINATED: 01/10/2012* | represented by | **Carlos F. Gonzalez**<br>Diaz, Reus, & Targ, LLP<br>2600 Miami Tower<br>100 SE 2nd St.<br>Miami, FL 33131<br>305-375-9220<br>Fax: 305-375-8050<br>Email: cgonzalez@diazreus.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **James K. Filan , Jr.**<br>Filan LLC<br>315 Post Road West<br>Westport, CT 06880<br>203-557-9159<br>Fax: 203-341-8560<br>Email: jfilan@jamesfilan.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Michael Diaz , Jr.**<br>Diaz, Reus, & Targ, LLP<br>2600 Miami Tower<br>100 SE 2nd St.<br>Miami, FL 33131<br>305-375-9220<br>Fax: 305-375-8050<br>Email: mdiaz@diazreus.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **Robert I. Targ**<br>Diaz, Reus, & Targ, LLP<br>2600 Miami Tower<br>100 SE 2nd St. |

Miami, FL 33131
305-375-9220
Fax: 305-375-8050
Email: rtarg@diazreus.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
Designation: Retained

| **Pending Counts** | **Disposition** |
|---|---|
| TAMPERING WITH WITNESS, VICTIM, OR AN INFORMANT<br>(1) | The defendant is sentenced to 14 months imprisonment; 24 months supervised release with Mandatory, Standard and Special Conditions imposed; special assessment of $100.00 to be paid immediately; fine of $10,000.00 to be paid immediately. The defendant shall surrender at the institution designated by the Bureau of Prisons before 2:00 p.m. 2/29/2012. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Defendant violated Title 18, United States Code, Section 371 Conspiracy to Obstruct Justice, to Obstruct an Official Proceeding and to Defraud the U.S. Securities and Exchange Commission and Title 18, United States Code, Sections 1512(c)(2) & 2 Obstruction of an Official Proceeding | |

---

**Plaintiff**

**USA**      represented by **David B. Fein**
U.S. Attorney's Office-NH
157 Church St., 23rd floor
New Haven, CT 06510
203-821-3700
Email: David.Fein@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Paul A. Murphy**
U.S. Attorney's Office-BPT
1000 Lafayette Blvd., 10th Floor

Bridgeport, CT 06604
203-696-3000
Fax: 203-579-5575
Email: Paul.Murphy@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Richard J. Schechter**
U.S. Attorney's Office-BPT
1000 Lafayette Blvd., 10th Floor
Bridgeport, CT 06604
203-696-3000
Fax: 203-579-5575
Email: Richard.Schechter@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2012 | 82 | ORDER as to Juan Carlos Guillen Zerpa re 79 Order on Motion for Forfeiture of Property. Signed by Judge Stefan R. Underhill on 4/3/12. (Hungerford, A.) (Entered: 04/03/2012) |
| 03/19/2012 | 81 | FINAL ORDER DIRECTING FORFEITURE OF PROPERTY as to Juan Carlos Guillen Zerpa.. Signed by Clerk on 3/19/2012. (Lewis, D) (Entered: 03/20/2012) |
| 03/19/2012 | 80 | ORDER granting 78 Motion for Exoneration of Bond as to Juan Carlos Guillen Zerpa (1). A written order will follow. Signed by Judge Stefan R. Underhill on 3/19/2012. (Carter, J.) (Entered: 03/19/2012) |
| 03/16/2012 | 79 | ORDER granting 76 Motion for Forfeiture of Property as to Juan Carlos Guillen Zerpa (1). Written order to follow. Signed by Judge Stefan R. Underhill on 3/16/12. (Sbalbi, B.) (Entered: 03/16/2012) |
| 03/13/2012 | 78 | MOTION for Exoneration of Bond by Juan Carlos Guillen Zerpa. (Attachments: # 1 Exhibit A through F)(Filan, James) (Entered: 03/13/2012) |
| 03/06/2012 | 77 | ORDER granting unopposed 75 Motion Return of Cash Bond as to Juan Carlos Guillen Zerpa (1). Signed by Judge Stefan R. Underhill on 3/5/12. (Hungerford, A.) (Entered: 03/06/2012) |
| 03/02/2012 | 76 | MOTION for Forfeiture of Property *(Final Order of Forfeiture)* by USA as to Juan Carlos Guillen Zerpa. (Attachments: # 1 Notice of Forfeiture and Advertisement Certification Report, # 2 Text of Proposed Order (Final Order of Forfeiture))(Schechter, Richard) (Entered: 03/02/2012) |
| 03/01/2012 | 75 | MOTION Motion for Return of Cash Bond to Counsel for Defendant by Juan Carlos Guillen Zerpa. (Attachments: # 1 Exhibit A through F)(Filan, James) (Entered: 03/01/2012) |
| 01/10/2012 | 74 | JUDGMENT as to Juan Carlos Guillen Zerpa (1), Count(s) 1, The defendant is sentenced to 14 months imprisonment; 24 months supervised release with Mandatory, Standard and Special Conditions imposed; special assessment of $100.00 to be paid immediately; fine of $10,000.00 to be paid immediately. The defendant shall surrender at the institution designated by the Bureau of Prisons before 2:00 p.m. 2/29/2012. Signed by Judge Stefan R. Underhill on 1/10/12. (Lewis, D) (Entered: 01/10/2012) |
| 01/09/2012 | 73 | TRANSCRIPT of Proceedings: as to Juan Carlos Guillen Zerpa Type of Hearing: Sentencing Hearing. Held on 12/14/11 before Judge Stefan R. Underhill. Court Reporter: Susan E. Catucci. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not |

| | | |
|---|---|---|
| | | necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 1/30/2012. Redacted Transcript Deadline set for 2/9/2012. Release of Transcript Restriction set for 4/8/2012. (Catucci, S.) (Entered: 01/09/2012) |
| 12/14/2011 | 72 | Minute Entry for proceedings held before Judge Stefan R. Underhill: Sentencing as to Juan Carlos Guillen Zerpa held on 12/14/2011. Oral ruling issued by Judge Underhill granting 71 Motion for Acceptance of Responsibility as to Juan Carlos Guillen Zerpa (1). Total Time: 1 hour and 35 minutes(Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered: 12/28/2011) |
| 12/14/2011 | 71 | MOTION for Acceptance of Responsibility by USA as to Juan Carlos Guillen Zerpa. (Sbalbi, B.) (Entered: 12/28/2011) |
| 12/13/2011 | 70 | NOTICE *of Filing* by USA as to Juan Carlos Guillen Zerpa (Attachments: # 1 Exhibit A)(Murphy, Paul) (Entered: 12/13/2011) |
| 12/09/2011 | 69 | SENTENCING MEMORANDUM by USA as to Juan Carlos Guillen Zerpa (Schechter, Richard) (Entered: 12/09/2011) |
| 12/02/2011 | 68 | SENTENCING MEMORANDUM by Juan Carlos Guillen Zerpa (Filan, James) (Entered: 12/02/2011) |
| 10/27/2011 | 67 | NOTICE OF E-FILED CALENDAR as to Juan Carlos Guillen Zerpa: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing rescheduled for 12/14/2011 at 10:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Hungerford, A.) (Entered: 10/27/2011) |
| 10/19/2011 | 66 | Preliminary ORDER DIRECTING FORFEITURE OF PROPERTY as to Juan Carlos Guillen Zerpa.. Signed by Judge Stefan R. Underhill on 10/18/11. (Lewis, D) (Entered: 10/19/2011) |
| 10/18/2011 | 65 | ORDER granting 62 Motion for Forfeiture of Property as to Juan Carlos Guillen Zerpa (1). A written order will follow. Signed by Judge Stefan R. Underhill on 10/18/11. (Sbalbi, B.) (Entered: 10/18/2011) |
| 10/18/2011 | 64 | Sealed Sentencing Recommendation: as to Juan Carlos Guillen Zerpa (Lopez, R.) (Entered: 10/18/2011) |
| 10/18/2011 | 63 | PRESENTENCE INVESTIGATION REPORT (Final Report) *(SEALED - government and defense counsel)* as to Juan Carlos Guillen Zerpa. (available to USA, Juan Carlos Guillen Zerpa) (Attachments: # 1 Information, # 2 Plea Agreement, # 3 Statement of the Offense, # 4 Financial Statement, # 5 Addendum, # 6 PSR Objections, # 7 Government's Response) (Lopez, R.) (Entered: 10/18/2011) |
| 10/17/2011 | 62 | MOTION for Forfeiture of Property *(Preliminary Order of Forfeiture)* by USA as to Juan Carlos Guillen Zerpa. (Attachments: # 1 Preliminary Order of Forfeiture, # 2 Amendment to the Plea Agreement)(Schechter, Richard) (Entered: 10/17/2011) |
| 08/31/2011 | 61 | NOTICE OF E-FILED CALENDAR as to Juan Carlos Guillen Zerpa: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing set for 11/8/2011 at 10:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Hungerford, A.) (Entered: 08/31/2011) |
| 08/29/2011 | 60 | PRESENTENCE INVESTIGATION REPORT (Draft Report) *(SEALED - government and defense counsel)* as to Juan Carlos Guillen Zerpa. (available to USA, Juan Carlos Guillen |

| | | |
|---|---|---|
| | | Zerpa) (Attachments: # 1 Information, # 2 Plea Agreement, # 3 Statement of the Offense, # 4 Financial Statement)(Lopez, R.) (Entered: 08/29/2011) |
| 08/24/2011 | 59 | ORDER granting 58 Motion to Modify Conditions of Release as to Juan Carlos Guillen Zerpa (1). Signed by Judge Stefan R. Underhill on 8/24/11. (Sbalbi, B.) (Entered: 08/24/2011) |
| 08/23/2011 | 58 | Second MOTION to Modify Conditions of Release *to Travel* by Juan Carlos Guillen Zerpa. (Filan, James) (Entered: 08/23/2011) |
| 08/10/2011 | 57 | ORDER granting 56 Motion to Modify Conditions of Release to travel as to Juan Carlos Guillen Zerpa (1). Signed by Judge Stefan R. Underhill on 8/10/11. (Sbalbi, B.) (Entered: 08/10/2011) |
| 08/08/2011 | 56 | First MOTION to Modify Conditions of Release *to Travel* by Juan Carlos Guillen Zerpa. (Filan, James) (Entered: 08/08/2011) |
| 06/22/2011 | 55 | ORDER granting 47 Motion to Modify Conditions of Release as to Juan Carlos Guillen Zerpa (1). Signed by Judge Stefan R. Underhill on 6/22/11. (Sbalbi, B.) (Entered: 06/22/2011) |
| 06/21/2011 | 54 | ORDER approving Agreement to Forfeit as to Juan Carlos Guillen Zerpa. Signed by Judge Stefan R. Underhill on 6/20/11. (Barrille, J.) (Entered: 06/21/2011) |
| 06/16/2011 | 52 | Receipt for Bond Package as to Juan Carlos Guillen Zerpa Receipt Number 0018 (Barrille, J.) (Entered: 06/20/2011) |
| 06/16/2011 | 51 | SENTENCING SCHEDULING ORDER as to Juan Carlos Guillen Zerpa PSI due 9/8/2011 2nd PSI due 10/5/2011 Memo in aid of sentencing due 7 days prior to sentencing Government Response due 4 days prior to sentencing. Sentencing set for 10/14/2011 11:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. Signed by Judge Stefan R. Underhill on 6/16/11. (Sbalbi, B.) (Entered: 06/16/2011) |
| 06/16/2011 | 50 | AMENDED NOTICE OF E-FILED CALENDAR as to Juan Carlos Guillen Zerpa: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Sentencing RESCHEDULED for 10/14/2011 at 11:00 AM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Stefan R. Underhill. (Sbalbi, B.) (Entered: 06/16/2011) |
| 06/16/2011 | 49 | ORDER granting 46 Motion to adjust scheduling order as to Juan Carlos Guillen Zerpa (1). Sentencing date is rescheduled for October 14, 2011 at 11:00 a.m. Signed by Judge Stefan R. Underhill on 6/16/11. (Sbalbi, B.) (Entered: 06/16/2011) |
| 06/14/2011 | 53 | Surety Bond Entered as to Juan Carlos Guillen Zerpa in amount of $1,350,000, (Barrille, J.) (Entered: 06/21/2011) |
| 06/10/2011 | 48 | WAIVER of Speedy Trial by Juan Carlos Guillen Zerpa (Filan, James) (Entered: 06/10/2011) |
| 06/09/2011 | 47 | MOTION to Modify Conditions of Release by Juan Carlos Guillen Zerpa. (Filan, James) (Entered: 06/09/2011) |
| 06/08/2011 | 46 | Joint MOTION To Adjust Sentencing Schedule by USA as to Juan Carlos Guillen Zerpa. (Schechter, Richard) (Entered: 06/08/2011) |
| 05/19/2011 | 45 | TRANSCRIPT of Proceedings: Type of Hearing: Waiver and Plea Hearing. Held on 5/4/11 before Judge Stefan R. Underhill. Court Reporter: Susan E. Catucci. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court |

| | | |
|---|---|---|
| . | | Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 6/9/2011. Redacted Transcript Deadline set for 6/19/2011. Release of Transcript Restriction set for 8/17/2011. (Catucci, S.) (Entered: 05/19/2011) |
| 05/09/2011 | 44 | ORDER approving Agreement to Forfeit Property as to Juan Carlos Guillen Zerpa re Surety Bond. Signed by Judge Stefan R. Underhill on 5/9/11. (Barrille, J.) (Entered: 05/18/2011) |
| 05/09/2011 | 43 | ORDER approving Agreement to Forfeit Property as to Juan Carlos Guillen Zerpa re Surety Bond. Signed by Judge Stefan R. Underhill on 5/9/11. (Barrille, J.) (Entered: 05/18/2011) |
| 05/09/2011 | 42 | ORDER approving Agreement to Forfeit Property as to Juan Carlos Guillen Zerpa re Surety Bond. Signed by Judge Stefan R. Underhill on 5/9/11. (Barrille, J.) (Entered: 05/18/2011) |
| 05/09/2011 | 41 | ORDER approving Agreement to Forfeit Property as to Juan Carlos Guillen Zerpa re Surety Bond. Signed by Judge Stefan R. Underhill on 5/9/11. (Barrille, J.) (Entered: 05/18/2011) |
| 05/09/2011 | 40 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to Juan Carlos Guillen Zerpa. First Disclosure-PSI due 6/15/11; Objections Due 6/28/11; 2nd-Disclosure PSI due 7/12/11. Sentencing Memorandum due 10 days prior to sentencing; Response due 10 days prior to sentencing. Sentencing set for 7/22/2011 03:00 PM before Judge Stefan R. Underhill. Signed by Judge Stefan R. Underhill on 5/9/11. (Lewis, D) (Entered: 05/11/2011) |
| 05/06/2011 | 39 | PLEA AGREEMENT as to Juan Carlos Guillen Zerpa (Murphy, Paul) (Entered: 05/06/2011) |
| 05/04/2011 | 38 | ORDER OF TRANSFER as to Juan Carlos Guillen Zerpa. Signed by Judge Mark R. Kravitz on 4/27/11. (Barrille, J.) (Entered: 05/06/2011) |
| 05/04/2011 | 37 | ELECTRONIC FILING ORDER as to Juan Carlos Guillen Zerpa - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Stefan R. Underhill on 5/4/11. (Barrille, J.) (Entered: 05/06/2011) |
| 05/04/2011 | | Attorney update in case as to Juan Carlos Guillen Zerpa. Attorney David B. Fein,Richard J. Schechter,Paul A. Murphy for USA added. (Barrille, J.) (Entered: 05/06/2011) |
| 05/04/2011 | 36 | SEALED SURETY INFORMATION SHEET as to Juan Carlos Guillen Zerpa (Barrille, J.) (Entered: 05/06/2011) |
| 05/04/2011 | 35 | SEALED SURETY INFORMATION SHEET as to Juan Carlos Guillen Zerpa (Barrille, J.) (Entered: 05/06/2011) |
| 05/04/2011 | 34 | SEALED SURETY INFORMATION SHEET as to Juan Carlos Guillen Zerpa (Barrille, J.) (Entered: 05/06/2011) |
| 05/04/2011 | 33 | SEALED BAIL INFORMATION SHEET by Juan Carlos Guillen Zerpa (Barrille, J.) (Entered: 05/06/2011) |
| 05/04/2011 | | Surety Bond Set as to Juan Carlos Guillen Zerpa (1) $1,350,000. A check for $250,000 and a check for $300,000 deposited with the Clerk of the Court and $800,000 to be secured by real property. See Agreements to Forfeit. (Barrille, J.) (Entered: 05/06/2011) |
| 05/04/2011 | 32 | ORDER Setting Conditions of Release as to Juan Carlos Guillen Zerpa. Signed by Judge Stefan R. Underhill on 5/4/11. (Barrille, J.) (Entered: 05/06/2011) |
| 05/04/2011 | 31 | Minute Entry for proceedings held before Judge Stefan R. Underhill:Waiver/Plea Hearing as to Juan Carlos Guillen Zerpa (1) held on 5/4/2011, Plea entered Guilty Count 1. ( Sentencing set for 7/22/2011 03:00 PM before Judge Stefan R. Underhill) Total Time: 1 hours and 28 minutes(Court Reporter Catucci)(Barrille, J.) (Entered: 05/06/2011) |

| | | |
|---|---|---|
| 05/04/2011 | 30 | WAIVER OF INDICTMENT by Juan Carlos Guillen Zerpa (Barrille, J.) (Entered: 05/06/2011) |
| 05/04/2011 | 29 | INFORMATION as to Juan Carlos Guillen Zerpa (1) count 1. (Barrille, J.) (Entered: 05/06/2011) |
| 04/07/2011 | 18 | ATTORNEY APPEARANCE: Michael Diaz, Jr appearing for Juan Carlos Guillen Zerpa (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 04/07/2011) |
| 04/05/2011 | 28 | ATTORNEY APPEARANCE: Carlos F. Gonzalez appearing for Juan Carlos Guillen Zerpa (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 04/28/2011) |
| 04/05/2011 | | Attorney update in case as to Juan Carlos Guillen Zerpa. Attorney Carlos F. Gonzalez for Juan Carlos Guillen Zerpa added. (Villano, P.) [3:11-mj-00039-WIG] (Entered: 04/26/2011) |
| 04/05/2011 | 27 | ORDER granting 24 Motion for Leave to Appear Pro Hac Vice Carlos F. Gonzalez as to Juan Carlos Guillen Zerpa (1). Signed by Clerk on 4/5/11. (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 04/25/2011) |
| 04/05/2011 | 26 | CERTIFICATE OF GOOD STANDING re 24 MOTION for Leave to Appear Pro Hac Vice Attorney: Carlos F. Gonzalez. Filing Fee $$25. Receipt Number CTXB00000564. (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 04/25/2011) |
| 04/05/2011 | 25 | AFFIDAVIT by Juan Carlos Guillen Zerpa 24 MOTION for Leave to Appear Pro Hac Vice Attorney: Carlos F. Gonzalez. Filing Fee $$25. Receipt Number CTXB00000564. filed by Juan Carlos Guillen Zerpa (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 04/25/2011) |
| 04/05/2011 | 24 | MOTION for Leave to Appear Pro Hac Vice Attorney: Carlos F. Gonzalez. Filing Fee $$25. Receipt Number CTXB00000564. by Juan Carlos Guillen Zerpa. (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 04/25/2011) |
| 04/05/2011 | 23 | CERTIFICATE OF GOOD STANDING re 14 MOTION for Leave to Appear Pro Hac Vice Attorney: Michael Diaz, Jr.. Filing Fee $25. Receipt Number B536. (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 04/21/2011) |
| 04/05/2011 | 22 | CERTIFICATE OF GOOD STANDING re 13 MOTION for Leave to Appear Pro Hac Vice Attorney: Robert I. Targ. Filing Fee $$25. Receipt Number B537. (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 04/21/2011) |
| 04/05/2011 | 21 | ATTORNEY APPEARANCE: Robert I. Targ appearing for Juan Carlos Guillen Zerpa (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 04/21/2011) |
| 04/05/2011 | 20 | ORDER OF DETENTION as to Juan Carlos Guillen Zerpa. Signed by Judge William I. Garfinkel on 4/5/11. (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 04/21/2011) |
| 04/05/2011 | 19 | Minute Entry for proceedings held before Judge William I. Garfinkel:Initial Appearance as to Juan Carlos Guillen Zerpa held on 4/5/2011 8 minutes(Court Reporter FTR)(Barrille, J.) [3:11-mj-00039-WIG] (Entered: 04/21/2011) |
| 04/05/2011 | 17 | ORDER granting 10 Motion for extension of Speedy Trial to 6/1/11 as to Juan Carlos Guillen Zerpa (1). So Ordered by Judge William I. Garfinkel on 4/5/11. (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 04/05/2011) |
| 03/30/2011 | | Set/Reset Deadlines/Hearings as to Juan Carlos Guillen Zerpa: Certificate of Good Standing due by 5/30/2011 for Attorneys Michael I. Targ & Michael Diaz, Jr.(Inferrera, L.) [3:11-mj-00039-WIG] (Entered: 04/21/2011) |
| 03/30/2011 | | Attorney update in case as to Juan Carlos Guillen Zerpa. Attorney Michael Diaz, Jr for Juan Carlos Guillen Zerpa added. (Villano, P.) [3:11-mj-00039-WIG] (Entered: 03/31/2011) |
| 03/30/2011 | | Attorney update in case as to Juan Carlos Guillen Zerpa. Attorney Robert I. Targ for Juan |

| | | |
|---|---|---|
| | | Carlos Guillen Zerpa added. (Villano, P.) [3:11-mj-00039-WIG] (Entered: 03/31/2011) |
| 03/30/2011 | 16 | ELECTRONIC ORDER granting 14 Motion for Leave to Appear Pro Hac Vice Attorney: Michael Diaz, Jr as to Juan Carlos Guillen Zerpa (1). Signed by Clerk on 3/30/2011. (Villano, P.) [3:11-mj-00039-WIG] (Entered: 03/30/2011) |
| 03/30/2011 | 15 | ELECTRONIC ORDER granting 13 Motion for Leave to Appear Pro Hac Vice Attorney: Robert I. Targ as to Juan Carlos Guillen Zerpa (1). Signed by Clerk on 3/30/2011. (Villano, P.) [3:11-mj-00039-WIG] (Entered: 03/30/2011) |
| 03/28/2011 | 14 | MOTION for Leave to Appear Pro Hac Vice Attorney: Michael Diaz, Jr.. Filing Fee $25. Receipt Number B536. by Juan Carlos Guillen Zerpa. (Attachments: # 1 Appendix)(Barrille, J.) [3:11-mj-00039-WIG] (Entered: 03/30/2011) |
| 03/28/2011 | 13 | MOTION for Leave to Appear Pro Hac Vice Attorney: Robert I. Targ. Filing Fee $$25. Receipt Number B537. by Juan Carlos Guillen Zerpa. (Attachments: # 1 Appendix)(Barrille, J.) [3:11-mj-00039-WIG] (Entered: 03/30/2011) |
| 03/28/2011 | 12 | ATTORNEY APPEARANCE: James K. Filan, Jr appearing for Juan Carlos Guillen Zerpa (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 03/30/2011) |
| 03/25/2011 | 11 | ATTORNEY APPEARANCE Richard J. Schechter appearing for USA (Schechter, Richard) [3:11-mj-00039-WIG] (Entered: 03/25/2011) |
| 03/24/2011 | 10 | Joint MOTION for Speedy Trial *Extension* by USA as to Juan Carlos Guillen Zerpa. (Attachments: # 1 Text of Proposed Order, # 2 Waiver, # 3 Certification)(Murphy, Paul) [3:11-mj-00039-WIG] (Entered: 03/24/2011) |
| 03/21/2011 | 9 | Rule 5 Documents Received as to Juan Carlos Guillen Zerpa (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 03/23/2011) |
| 03/07/2011 | 8 | ELECTRONIC FILING ORDER as to Juan Carlos Guillen Zerpa - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge William I. Garfinkel on 3/7/11. (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 03/14/2011) |
| 03/07/2011 | | CASE UNSEALED as to Juan Carlos Guillen Zerpa (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 03/07/2011) |
| 03/07/2011 | 7 | ORDER granting 6 Motion to Unseal Case as to Juan Carlos Guillen Zerpa (1). Signed by Judge William I. Garfinkel on 3/7/11. (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 03/07/2011) |
| 03/07/2011 | 6 | MOTION to Unseal Case by USA as to Juan Carlos Guillen Zerpa. (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 03/07/2011) |
| 03/04/2011 | 5 | ORDER granting 4 Motion to partially unseal as to Juan Carlos Guillen Zerpa (1). Signed by Judge William I. Garfinkel on 3/4/11. (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 03/07/2011) |
| 03/04/2011 | 4 | MOTION to partially unseal case by USA as to Juan Carlos Guillen Zerpa. (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 03/07/2011) |
| 03/03/2011 | | Arrest of Juan Carlos Guillen Zerpa in Southern District of Florida. (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 03/23/2011) |
| 03/02/2011 | 2 | AFFIDAVIT by USA as to Juan Carlos Guillen Zerpa 1 Complaint (Sealed) (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 03/07/2011) |
| 03/02/2011 | 1 | SEALED COMPLAINT as to Juan Carlos Guillen Zerpa (1). (Barrille, J.) [3:11-mj-00039-WIG] (Entered: 03/07/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/11/2013 15:53:50 | | | |
| PACER Login: | up0316 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:11-cr-00076-SRU |
| Billable Pages: | 8 | Cost: | 0.80 |